

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2015

No. 04-15-00411-CV

**IN THE INTEREST OF M.G.P. & D.J.P.,** minor children,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2014-06-30038-CV
Spencer Whitewood Brown, Judge Presiding

## O R D E R

Appellant's notice of appeal was filed in this court on July 7, 2015. The trial court extended appellant's time to pay the filing fee to July 17, 2015. To this date, appellant has not paid the $195 filing fee nor made any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant has also failed to file a docketing statement.

It is therefore ORDERED appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court